### 45869. THE STATE v. DURDEN.
(375 SE2d 610)

PER CURIAM.

The judgment of the Court of Appeals in *Durden v. State,* 187 Ga. App. 154 (369 SE2d 764) (1988), is affirmed.

*Judgment affirmed. All the Justices concur, except Marshall, C. J., and Gregory, J., who dissent.*

DECIDED NOVEMBER 28, 1988.

*Richard Reed, Assistant Solicitor,* for appellant.
*Elliott A. Shoenthal,* for appellee.
*Joseph J. Drolet, Assistant District Attorney,* amicus curiae.